## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MOWLID MOHAMED ABDILLAHI,

    Petitioner,

    v.

KEVIN RAYCRAFT, Acting Director of
Enforcement and Removal Operations,
Detroit Field Office, Immigration and
Customs Enforcement, et al.,

    Respondents.

Case No. 1:26-CV-366

Judge Michael R. Barrett

**ORDER**

Petitioner Mowlid Mohamed Abdillahi, currently in custody at the Butler County Jail on behalf of federal immigration authorities, seeks a writ of habeas corpus under 28 U.S.C. § 2241. Respondents have filed a return, (Doc. 7), and Petitioner has replied, (Doc. 8). At this juncture, the Court would benefit from additional briefing and a supplemented record.

Accordingly, within twenty-one (21) days of this order, Respondents are **ORDERED** to (1) respond to Petitioner's assertion that his removal to a third country is not reasonably foreseeable; and (2) provide any additional details, including available documentation, on the steps being taken to secure travel documents or facilitate Petitioner's removal in the foreseeable future.

    **IT IS SO ORDERED.**

                */s/ Michael R. Barrett*
                Michael R. Barrett
                United States District Judge